# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143863 & (48)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STEVEN LAMONT SCOTT,
        Defendant-Appellant.

SC: 143863
COA: 298902
Oakland CC: 2009-226979-FH

_____/

On order of the Court, the application for leave to appeal the August 16, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the record is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

y0123